# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, |
| --- |
| Plaintiff, |
| -against- |
| SYLVESTER WINT, et al. |
| Defendant. |

Case No. 1:20-cr-00057-GBD



### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for Katherine Goldstein to withdraw as counsel of record in the above-captioned proceeding for the Defendant Sylvester Wint, and it appearing to the Court that the relief requested is appropriate,

**IT IS HEREBY ORDERED** that Katherine Goldstein is granted leave to withdraw as counsel of record in these actions, that such withdrawal is effective immediately, and that Ms. Goldstein be removed from the Court's CM/ECF electronic notification list for these proceedings.

Dated: August 18, 2021

AUG 2 4 2021

SO ORDERED:

*George B. Daniels*
Honorable George B. Daniels
UNITED STATES DISTRICT JUDGE