UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

SYLVESTER WINT,

                    Defendant.

------------------------------------------------------------x

ORDER

20 Crim. 57-8 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's request that this Court extend the current motion schedule, (ECF No. 341), is GRANTED. Defense motions shall be due on November 11, 2021. The Government's response shall be due on December 16, 2021, and any reply shall be filed by December 30, 2021.

    The Court Clerk of Court is directed to close the letter motion, (ECF No. 341), accordingly.

Dated: New York, New York
       September __, 2021

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge