UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

SYLVESTER WINT,

               Defendant.

------------------------------------------------x

SCHEDULING ORDER

20 Crim. 57-8 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A conference is scheduled for June 1, 2022 at 9:45 a.m.

Dated: May 25, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge