UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
UNITED STATES OF AMERICA,            :
:
       -against-             :    SCHEDULING ORDER
:
SYLVESTER WINT,                      :    20 Crim. 57-8 (GBD)
:
           Defendant.         :
:
:
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    A conference is scheduled for July 6, 2022 at 10:00 a.m.

Dated: June 15, 2022
      New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge