UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

SYLVESTER WINT,

                         Defendant.

------------------------------------x

ORDER

20 Crim. 57-8 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendant's letter request for assignment of new counsel is GRANTED. Jeffrey Chartier, Defendant's current counsel, is relieved due to irreconcilable differences. The C.J.A. attorney assigned to receive cases on this day, Harvey Fishbein, is hereby ordered to assume representation of Defendant in the above-captioned matter.

Dated: July 7, 2022
       New York, New York

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                UNITED STATES DISTRICT JUDGE