UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

SYLVESTER WINT,

                       Defendant.

------------------------------------x

ORDER

20 Crim. 57-8 (GBD)

GEORGE B. DANIELS, District Judge:

A change of plea hearing is scheduled for February 22, 2023 at 10:00 a.m.

Dated: February 7, 2023
      New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE